**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:26-cv-01580-PAB-MDB

AMY HOPKINS and DENNIS PARKER,

       Plaintiffs,

v.

PERATON, INC., *a Delaware corporation*,

       Defendant.

---

**DECLARATION OF EMILY STEVENS**

---

I, Emily R. Stevens, declare as follows:

    1.    I am an associate with the law firm of Littler Mendelson, P.C. ("Littler"), and counsel for Defendant Peraton, Inc. ("Peraton") in the above-captioned action. I am over eighteen years of age and competent to testify to the matters set forth in this declaration.

    2.    I submit this declaration to provide additional details about witness availability in the Eastern District of Virginia and relevant federal court management statistics.

    3.    The Eastern District of Virginia has the ability to compel attendance of witnesses located in or near Reston, Virginia.

    4.    Attached as Exhibit A is a true and correct copy of Federal Court Management Statistics, which was updated on December 31, 2025, and is available here: https://www.uscourts.gov/sites/default/files/document/fcms_na_distcomparison1231.2025.pdf.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

2

Executed on this 2nd day of July, 2026.

*s/ Emily R. Stevens*

Emily R. Stevens

2