**Comparison of Districts Within the First Circuit — 12-Month Period Ending December 31, 2025**

| | | | ME | MA | NH | RI | PR |
|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings | | 916 | 5,257 | 702 | 906 | 2,006 |
| | Terminations | | 727 | 4,190 | 896 | 804 | 2,097 |
| | Pending | | 770 | 6,716 | 1,397 | 982 | 2,519 |
| | Percent Change in Total Filings Current Year | Over Last Year | 38.8 | 23.1 | 21.7 | 27.4 | 8.6 |
| | | Over 2020 | 46.1 | 55.3 | -50.2 | 27.2 | 17.0 |
| | Number of Judgeships | | 3 | 13 | 3 | 3 | 7 |
| | Vacant Judgeship Months [1] | | 2.0 | 12.0 | | | |
| **Actions per Judgeship** | **Filings** | Total | 305 | 404 | 234 | 302 | 287 |
| | | Civil | 221 | 343 | 176 | 240 | 100 |
| | | Criminal Felony | 65 | 44 | 35 | 35 | 130 |
| | | Supervised Release Hearings | 19 | 17 | 23 | 27 | 57 |
| | Pending Cases | | 257 | 517 | 466 | 327 | 360 |
| | Weighted Filings [1] | | 288 | 381 | 227 | 277 | 297 |
| | Terminations | | 242 | 322 | 299 | 268 | 300 |
| | Trials Completed | | 21 | 8 | 6 | 10 | 11 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 11.7 | 14.2 | 14.5 | 18.1 | 17.3 |
| | | Civil [1] | 5.5 | 7.0 | 25.6 | 8.5 | 12.4 |
| | From Filing to Trial [1] (Civil Only) | | - | 31.4 | - | - | 33.0 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [1] | | 24 / 4.5 | 460 / 7.8 | 563 / 49.8 | 87 / 11.1 | 175 / 16.8 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.3 | 1.4 | 1.2 | 2.0 |
| | Jurors | Avg. Present for Jury Selection | 63.7 | 63.5 | 56.3 | 46.0 | 47.6 |
| | | Percent Not Selected or Challenged | 34.4 | 35.6 | 34.0 | 53.9 | 42.1 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See  "Explanation of Selected Terms."

# EXHIBIT A

**Comparison of Districts Within the Second Circuit — 12-Month Period Ending December 31, 2025**

| | | | CT | NY,N | NY,E | NY,S | NY,W | VT |
|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings | | 2,708 | 2,738 | 8,063 | 12,742 | 3,089 | 1,260 |
| | Terminations | | 2,390 | 2,456 | 8,291 | 12,064 | 2,576 | 1,490 |
| | Pending | | 2,927 | 2,686 | 13,475 | 17,147 | 3,871 | 710 |
| | Percent Change in Total Filings Current Year | Over Last Year | 4.4 | 16.6 | -17.7 | 13.7 | 9.0 | -28.9 |
| | | Over 2020 | 9.8 | 15.9 | 8.5 | -3.0 | -19.8 | 184.4 |
| | Number of Judgeships | | 8 | 5 | 15 | 28 | 4 | 2 |
| | Vacant Judgeship Months [1] | | 11.0 | | | 24.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 339 | 548 | 538 | 455 | 772 | 630 |
| | | Civil | 281 | 430 | 484 | 399 | 590 | 474 |
| | | Criminal Felony | 29 | 84 | 34 | 27 | 99 | 105 |
| | | Supervised Release Hearings | 29 | 33 | 19 | 29 | 84 | 52 |
| | Pending Cases | | 366 | 537 | 898 | 612 | 968 | 355 |
| | Weighted Filings [1] | | 321 | 432 | 510 | 490 | 555 | 379 |
| | Terminations | | 299 | 491 | 553 | 431 | 644 | 745 |
| | Trials Completed | | 9 | 10 | 19 | 19 | 10 | 19 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 20.2 | 7.4 | 29.3 | 16.3 | 7.5 | 14.0 |
| | | Civil [1] | 6.8 | 8.6 | 6.7 | 5.6 | 9.9 | 2.6 |
| | From Filing to Trial [1] (Civil Only) | | - | 55.4 | 51.9 | 36.4 | 55.0 | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [1] | | 158 6.5 | 196 9.2 | 2,115 19.8 | 3,233 25.0 | 557 17.3 | 48 11.5 |
| | Average Number of Felony Defendants Filed per Case | | 1.5 | 1.1 | 1.6 | 1.5 | 1.2 | 1.5 |
| | Jurors | Avg. Present for Jury Selection | 83.0 | 36.0 | 84.8 | 102.9 | 73.8 | 52.0 |
| | | Percent Not Selected or Challenged | 25.3 | 5.9 | 47.4 | 56.4 | 43.1 | 36.9 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See  "Explanation of Selected Terms."

**Comparison of Districts Within the Third Circuit — 12-Month Period Ending December 31, 2025**

| | | | DE | NJ | PA,E | PA,M | PA,W | VI |
|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings | | 1,785 | 21,981 | 9,509 | 3,180 | 3,950 | 182 |
| | Terminations | | 1,891 | 11,390 | 7,803 | 3,024 | 3,840 | 182 |
| | Pending | | 2,243 | 93,986 | 11,309 | 3,771 | 4,209 | 540 |
| | Percent Change in Total Filings Current Year | Over Last Year | 9.8 | 59.2 | -2.3 | 11.3 | 16.6 | -4.2 |
| | | Over 2020 | -7.8 | -6.3 | 23.3 | 4.5 | 3.2 | -40.5 |
| | Number of Judgeships | | 4 | 17 | 22 | 6 | 10 | 2 |
| | Vacant Judgeship Months [1] | | | | 3.0 | | | 10.0 |
| **Actions per Judgeship** | Filings | Total | 446 | 1,293 | 432 | 530 | 395 | 91 |
| | | Civil | 408 | 1,245 | 397 | 449 | 333 | 48 |
| | | Criminal Felony | 32 | 36 | 26 | 63 | 42 | 38 |
| | | Supervised Release Hearings | 7 | 13 | 9 | 18 | 20 | 6 |
| | Pending Cases | | 561 | 5,529 | 514 | 629 | 421 | 270 |
| | Weighted Filings [1] | | 657 | 1,009 | 355 | 475 | 363 | - |
| | Terminations | | 473 | 670 | 355 | 504 | 384 | 91 |
| | Trials Completed | | 22 | 5 | 6 | 26 | 26 | 24 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 5.3 | 12.6 | 16.8 | 20.8 | 20.4 | 14.3 |
| | | Civil [1] | 9.4 | 7.5 | 5.0 | 8.7 | 6.6 | 10.3 |
| | From Filing to Trial [1] (Civil Only) | | 43.0 | 56.9 | 20.7 | 45.8 | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [1] | | 355 17.3 | 52,429 56.5 | 2,098 20.6 | 246 8.9 | 408 11.9 | 169 49.4 |
| | Average Number of Felony Defendants Filed per Case | | 1.0 | 1.1 | 1.3 | 1.3 | 1.2 | 1.3 |
| | Jurors | Avg. Present for Jury Selection | 43.5 | 105.2 | 56.4 | 49.8 | 64.7 | 73.9 |
| | | Percent Not Selected or Challenged | 38.7 | 38.0 | 41.4 | 33.0 | 26.0 | 39.7 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See  "Explanation of Selected Terms."

**Comparison of Districts Within the Fourth Circuit — 12-Month Period Ending December 31, 2025**

| | | | MD | NC,E | NC,M | NC,W | SC | VA,E | VA,W | WV,N | WV,S |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Overall Caseload Statistics | | Filings | 5,007 | 4,049 | 1,823 | 2,367 | 14,812 | 5,636 | 1,825 | 1,109 | 1,119 |
| | | Terminations | 4,516 | 2,663 | 1,636 | 2,110 | 5,162 | 5,214 | 1,674 | 1,172 | 1,085 |
| | | Pending | 5,371 | 6,601 | 1,601 | 1,929 | 22,123 | 4,786 | 1,725 | 977 | 2,300 |
| | Percent Change in Total Filings Current Year | Over Last Year | 11.2 | 12.0 | 1.8 | 1.7 | 80.4 | 8.7 | 11.4 | -2.0 | 3.7 |
| | | Over 2020 | 11.2 | 29.6 | 2.6 | 7.5 | 176.7 | 30.2 | 4.5 | -15.4 | -17.6 |
| Number of Judgeships | | | 10 | 4 | 4 | 5 | 10 | 11 | 4 | 3 | 5 |
| Vacant Judgeship Months [1] | | | | | | | 12.0 | | | | |
| Actions per Judgeship | Filings | Total | 501 | 1,012 | 456 | 473 | 1,481 | 512 | 456 | 370 | 224 |
| | | Civil | 448 | 820 | 299 | 331 | 1,391 | 410 | 385 | 223 | 160 |
| | | Criminal Felony | 29 | 131 | 80 | 84 | 57 | 67 | 48 | 98 | 45 |
| | | Supervised Release Hearings | 23 | 62 | 76 | 59 | 33 | 35 | 23 | 48 | 19 |
| | Pending Cases | | 537 | 1,650 | 400 | 386 | 2,212 | 435 | 431 | 326 | 460 |
| | Weighted Filings [1] | | 452 | 947 | 385 | 416 | 1,095 | 485 | 376 | 324 | 195 |
| | Terminations | | 452 | 666 | 409 | 422 | 516 | 474 | 419 | 391 | 217 |
| | Trials Completed | | 11 | 28 | 19 | 15 | 12 | 20 | 20 | 14 | 8 |
| Median Time (Months) | From Filing to Disposition | Criminal Felony | 20.7 | 12.9 | 9.3 | 14.3 | 14.0 | 7.2 | 10.4 | 14.2 | 9.6 |
| | | Civil [1] | 6.7 | 7.7 | 8.2 | 5.8 | 8.6 | 5.8 | 9.1 | 9.4 | 9.2 |
| | From Filing to Trial [1] (Civil Only) | | 37.6 | - | 23.1 | - | 35.8 | 17.4 | 30.2 | - | - |
| Other | Number (and %) of Civil Cases Over 3 Years Old [1] | | 454 / 10.3 | 261 / 4.7 | 61 / 5.4 | 57 / 4.2 | 2,592 / 12.3 | 393 / 10.9 | 126 / 9.1 | 39 / 7.7 | 1,091 / 54.2 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.3 | 1.2 | 1.1 | 1.4 | 1.2 | 1.3 | 1.5 | 1.2 |
| | Jurors | Avg. Present for Jury Selection | 63.4 | 40.5 | 25.0 | 57.1 | 52.2 | 42.5 | 41.9 | 50.5 | 42.7 |
| | | Percent Not Selected or Challenged | 36.3 | 31.6 | 40.0 | 40.3 | 35.4 | 31.5 | 40.3 | 28.6 | 11.1 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See "Explanation of Selected Terms."

**Comparison of Districts Within the Fifth Circuit — 12-Month Period Ending December 31, 2025**

| | | | LA,E | LA,M | LA,W | MS,N | MS,S | TX,N | TX,E | TX,S | TX,W |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings | | 2,529 | 1,421 | 2,642 | 1,091 | 2,329 | 8,109 | 5,269 | 18,240 | 15,710 |
| | Terminations | | 11,765 | 1,412 | 2,507 | 918 | 2,180 | 7,825 | 4,980 | 16,443 | 15,484 |
| | Pending | | 4,513 | 1,707 | 3,247 | 925 | 4,290 | 6,432 | 6,895 | 16,899 | 10,507 |
| | Percent Change in Total Filings Current Year | Over Last Year | -5.2 | 18.0 | 19.0 | 10.4 | 12.7 | 6.9 | 13.1 | 23.0 | 13.9 |
| | | Over 2020 | -20.9 | 35.2 | 22.5 | 14.8 | 12.8 | -4.6 | 22.5 | 16.6 | 27.6 |
| | Number of Judgeships | | 12 | 3 | 7 | 3 | 6 | 12 | 8 | 19 | 13 |
| | Vacant Judgeship Months [1] | | 24.0 | | 12.0 | | | 17.0 | | 54.0 | 24.0 |
| **Actions per Judgeship** | **Filings** | Total | 211 | 474 | 377 | 364 | 388 | 676 | 659 | 960 | 1,208 |
| | | Civil | 173 | 394 | 311 | 262 | 294 | 519 | 553 | 442 | 460 |
| | | Criminal Felony | 28 | 72 | 55 | 85 | 74 | 113 | 105 | 454 | 639 |
| | | Supervised Release Hearings | 10 | 7 | 11 | 17 | 20 | 43 | 1 | 63 | 109 |
| | Pending Cases | | 376 | 569 | 464 | 308 | 715 | 536 | 862 | 889 | 808 |
| | Weighted Filings [1] | | 204 | 483 | 353 | 389 | 358 | 638 | 916 | 731 | 864 |
| | Terminations | | 980 | 471 | 358 | 306 | 363 | 652 | 623 | 865 | 1,191 |
| | Trials Completed | | 6 | 18 | 12 | 16 | 32 | 17 | 15 | 14 | 21 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 15.1 | 11.3 | 10.5 | 9.7 | 10.4 | 8.4 | 23.2 | 4.0 | 5.2 |
| | | Civil [1] | 85.7 | 13.9 | 12.9 | 7.3 | 9.1 | 5.8 | 7.2 | 7.6 | 7.5 |
| | From Filing to Trial [1] (Civil Only) | | 26.5 | - | 40.1 | - | 23.1 | 24.4 | 24.0 | 27.0 | 29.5 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [1] | | 2,045 | 68 | 749 | 20 | 87 | 523 | 282 | 492 | 507 |
| | | | 50.6 | 5.0 | 26.0 | 3.0 | 2.3 | 11.0 | 6.5 | 6.3 | 9.0 |
| | Average Number of Felony Defendants Filed per Case | | 1.4 | 1.2 | 1.2 | 1.5 | 1.2 | 1.3 | 1.5 | 1.1 | 1.1 |
| | Jurors | Avg. Present for Jury Selection | 51.3 | 41.3 | 35.9 | 35.3 | 55.7 | 46.0 | 47.2 | 46.8 | 56.3 |
| | | Percent Not Selected or Challenged | 47.3 | 41.4 | 23.2 | 22.6 | 46.6 | 43.6 | 42.5 | 36.7 | 47.8 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See  "Explanation of Selected Terms."

**Comparison of Districts Within the Sixth Circuit — 12-Month Period Ending December 31, 2025**

| | | | KY,E | KY,W | MI,E | MI,W | OH,N | OH,S | TN,E | TN,M | TN,W |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings | | 1,866 | 2,003 | 5,398 | 2,646 | 5,480 | 3,588 | 1,972 | 2,308 | 2,305 |
| | Terminations | | 1,774 | 1,760 | 5,080 | 2,424 | 4,011 | 3,421 | 1,781 | 2,021 | 2,098 |
| | Pending | | 1,865 | 1,990 | 5,360 | 1,693 | 8,349 | 28,084 | 2,100 | 2,607 | 2,965 |
| | Percent Change in Total Filings Current Year | Over Last Year | 13.8 | 17.9 | 21.1 | 32.3 | 20.1 | -40.4 | 9.0 | 3.7 | 18.0 |
| | | Over 2020 | -8.4 | 11.3 | 30.4 | 31.5 | 16.1 | -58.9 | 10.8 | 42.8 | 22.5 |
| | Number of Judgeships | | 5.5 | 4.5 | 15 | 4 | 11 | 8 | 5 | 4 | 5 |
| | Vacant Judgeship Months [1] | | | | 5.0 | | 12.0 | 1.0 | | | 12.0 |
| **Actions per Judgeship** | **Filings** | Total | 339 | 445 | 360 | 662 | 498 | 449 | 394 | 577 | 461 |
| | | Civil | 221 | 326 | 278 | 573 | 361 | 357 | 255 | 444 | 295 |
| | | Criminal Felony | 89 | 96 | 59 | 59 | 63 | 64 | 122 | 69 | 102 |
| | | Supervised Release Hearings | 30 | 23 | 22 | 30 | 74 | 28 | 17 | 64 | 64 |
| | Pending Cases | | 339 | 442 | 357 | 423 | 759 | 3,511 | 420 | 652 | 593 |
| | Weighted Filings [1] | | 327 | 423 | 336 | 559 | 397 | 427 | 440 | 553 | 424 |
| | Terminations | | 323 | 391 | 339 | 606 | 365 | 428 | 356 | 505 | 420 |
| | Trials Completed | | 13 | 11 | 11 | 12 | 12 | 31 | 9 | 20 | 26 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 9.8 | 14.2 | 10.6 | 7.8 | 11.5 | 13.9 | 13.5 | 25.7 | 12.7 |
| | | Civil [1] | 7.9 | 8.1 | 8.2 | 7.1 | 6.6 | 11.1 | 9.8 | 9.0 | 9.0 |
| | From Filing to Trial [1] (Civil Only) | | - | - | 35.6 | - | 35.7 | - | - | 26.7 | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [1] | | 129 | 111 | 376 | 34 | 3,233 | 18,364 | 72 | 88 | 192 |
| | | | 12.3 | 7.8 | 8.9 | 2.2 | 43.0 | 67.5 | 5.6 | 4.2 | 11.0 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.4 | 1.1 | 1.2 | 1.3 | 1.4 | 1.6 | 1.3 | 1.3 |
| | Jurors | Avg. Present for Jury Selection | 50.3 | 54.8 | 62.0 | 40.8 | 56.3 | 57.2 | 39.8 | 37.4 | 71.0 |
| | | Percent Not Selected or Challenged | 30.7 | 33.3 | 51.4 | 40.5 | 43.9 | 54.0 | 28.0 | 7.5 | 46.3 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See  "Explanation of Selected Terms."

**Comparison of Districts Within the Seventh Circuit — 12-Month Period Ending December 31, 2025**

| | | | IL,N | IL,C | IL,S | IN,N | IN,S | WI,E | WI,W |
|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings | | 17,024 | 1,911 | 2,611 | 2,888 | 4,323 | 2,651 | 1,305 |
| | Terminations | | 14,763 | 1,909 | 1,908 | 2,651 | 4,485 | 2,339 | 1,167 |
| | Pending | | 25,727 | 1,908 | 8,413 | 2,790 | 11,013 | 2,437 | 1,323 |
| | Percent Change in Total Filings Current Year | Over Last Year | 17.3 | 5.1 | -17.6 | 18.2 | 14.2 | 23.2 | 12.5 |
| | | Over 2020 | 77.7 | -5.2 | 41.1 | 12.9 | -19.5 | 6.4 | -6.0 |
| | Number of Judgeships | | 22 | 4 | 4 | 5 | 5 | 5 | 2 |
| | Vacant Judgeship Months [1] | | | | | | 12.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 774 | 478 | 653 | 578 | 865 | 530 | 653 |
| | | Civil | 733 | 393 | 559 | 490 | 783 | 426 | 553 |
| | | Criminal Felony | 27 | 51 | 63 | 69 | 78 | 72 | 56 |
| | | Supervised Release Hearings | 14 | 35 | 31 | 18 | 3 | 32 | 44 |
| | Pending Cases | | 1,169 | 477 | 2,103 | 558 | 2,203 | 487 | 662 |
| | Weighted Filings [1] | | 792 | 413 | 510 | 525 | 738 | 482 | 581 |
| | Terminations | | 671 | 477 | 477 | 530 | 897 | 468 | 584 |
| | Trials Completed | | 9 | 22 | 15 | 15 | 11 | 6 | 23 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 28.9 | 17.5 | 13.6 | 13.6 | 14.7 | 14.0 | 8.3 |
| | | Civil [1] | 6.2 | 7.8 | 12.8 | 8.6 | 10.1 | 5.7 | 7.2 |
| | From Filing to Trial [1] (Civil Only) | | 52.5 | 56.7 | - | - | 36.5 | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [1] | | 2,304 9.6 | 110 7.0 | 2,277 28.2 | 119 5.3 | 6,668 63.4 | 125 6.8 | 52 5.0 |
| | Average Number of Felony Defendants Filed per Case | | 1.4 | 1.3 | 1.2 | 1.1 | 1.4 | 1.5 | 1.2 |
| | Jurors | Avg. Present for Jury Selection | 58.1 | 34.7 | 43.6 | 36.0 | 30.5 | 40.4 | 25.0 |
| | | Percent Not Selected or Challenged | 46.6 | 47.2 | 34.1 | 38.7 | 42.6 | 29.0 | 12.0 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See  "Explanation of Selected Terms."

**Comparison of Districts Within the Eighth Circuit — 12-Month Period Ending December 31, 2025**

| | | | AR,E | AR,W | IA,N | IA,S | MN | MO,E | MO,W | NE | ND | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings | | 2,506 | 1,243 | 1,086 | 1,295 | 5,610 | 3,641 | 3,171 | 1,660 | 851 | 1,402 |
| | Terminations | | 2,247 | 1,126 | 1,026 | 1,172 | 4,447 | 3,669 | 2,933 | 1,571 | 779 | 1,305 |
| | Pending | | 2,836 | 1,266 | 771 | 896 | 12,000 | 2,932 | 2,739 | 1,473 | 1,009 | 1,117 |
| | Percent Change in Total Filings Current Year | Over Last Year | 13.9 | 7.1 | 6.8 | 7.5 | 3.7 | 2.4 | 19.7 | 27.9 | 5.2 | 4.5 |
| | | Over 2020 | -12.1 | 5.8 | 10.4 | 7.8 | 61.4 | -1.1 | 2.2 | 15.9 | 12.0 | 12.0 |
| | Number of Judgeships | | 5 | 3 | 2 | 3 | 7 | 8 | 6 | 3 | 2 | 3 |
| | Vacant Judgeship Months [1] | | | 12.0 | | | | | | | | |
| **Actions per Judgeship** | **Filings** | Total | 501 | 414 | 543 | 432 | 801 | 455 | 529 | 553 | 426 | 467 |
| | | Civil | 385 | 304 | 264 | 226 | 684 | 273 | 338 | 334 | 153 | 127 |
| | | Criminal Felony | 82 | 90 | 177 | 119 | 76 | 120 | 132 | 164 | 197 | 193 |
| | | Supervised Release Hearings | 35 | 21 | 103 | 87 | 42 | 63 | 58 | 56 | 76 | 148 |
| | Pending Cases | | 567 | 422 | 386 | 299 | 1,714 | 367 | 457 | 491 | 505 | 372 |
| | Weighted Filings [1] | | 436 | 370 | 488 | 413 | 676 | 442 | 508 | 515 | 434 | 440 |
| | Terminations | | 449 | 375 | 513 | 391 | 635 | 459 | 489 | 524 | 390 | 435 |
| | Trials Completed | | 18 | 8 | 51 | 52 | 10 | 10 | 17 | 16 | 23 | 53 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 22.6 | 10.7 | 10.2 | 9.9 | 12.2 | 13.7 | 18.5 | 11.4 | 14.1 | 10.3 |
| | | Civil [1] | 10.4 | 8.9 | 5.6 | 7.8 | 9.3 | 6.3 | 6.5 | 5.5 | 7.9 | 9.6 |
| | From Filing to Trial [1] (Civil Only) | | 35.4 | - | - | - | 39.1 | 35.3 | 27.0 | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [1] | | 82 / 4.3 | 30 / 3.8 | 12 / 2.9 | 11 / 2.0 | 4,788 / 42.2 | 63 / 3.7 | 138 / 9.2 | 79 / 8.5 | 37 / 12.3 | 58 / 11.7 |
| | Average Number of Felony Defendants Filed per Case | | 1.4 | 1.3 | 1.1 | 1.3 | 1.3 | 1.2 | 1.3 | 1.5 | 1.4 | 1.2 |
| | Jurors | Avg. Present for Jury Selection | 53.7 | 58.0 | 47.7 | 35.6 | 75.1 | 43.8 | 48.6 | 39.2 | 32.9 | 40.2 |
| | | Percent Not Selected or Challenged | 41.9 | 56.7 | 39.1 | 23.2 | 46.3 | 30.3 | 26.8 | 24.6 | 15.6 | 20.0 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See  "Explanation of Selected Terms."

**Comparison of Districts Within the Ninth Circuit — 12-Month Period Ending December 31, 2025**

| | | | AK | AZ | CA,N | CA,E | CA,C | CA,S | HI | ID | MT | NV | OR | WA,E | WA,W | GU | NMI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings | | 602 | 15,184 | 11,971 | 6,458 | 20,566 | 10,729 | 839 | 1,259 | 1,374 | 3,760 | 3,179 | 1,725 | 4,407 | 94 | 38 |
| | Terminations | | 598 | 9,372 | 8,586 | 6,070 | 18,982 | 7,700 | 834 | 1,119 | 1,323 | 3,475 | 3,035 | 1,560 | 3,907 | 219 | 51 |
| | Pending | | 792 | 9,842 | 16,345 | 8,353 | 15,494 | 5,763 | 813 | 1,325 | 1,314 | 4,608 | 3,242 | 1,364 | 3,667 | 233 | 97 |
| | Percent Change in Total Filings Current Year | Over Last Year | 7.5 | -15.8 | 13.5 | 7.5 | 11.5 | 44.1 | -2.3 | 15.1 | -3.0 | 7.9 | 4.4 | 6.1 | 18.9 | -13.8 | -51.3 |
| | | Over 2020 | 16.4 | 71.9 | 16.1 | 32.9 | 13.0 | 34.6 | -10.9 | 24.5 | 9.3 | 2.0 | 0.7 | -12.7 | 23.3 | -21.7 | -34.5 |
| | Number of Judgeships | | 3 | 13 | 14 | 6 | 28 | 13 | 4 | 2 | 3 | 7 | 6 | 4 | 7 | 1 | 1 |
| | Vacant Judgeship Months [1] | | 24.0 | | | | | 12.0 | | | | | | | | | |
| **Actions per Judgeship** | **Filings** | Total | 201 | 1,168 | 855 | 1,076 | 735 | 825 | 210 | 630 | 458 | 537 | 530 | 431 | 630 | 94 | 38 |
| | | Civil | 155 | 468 | 770 | 953 | 654 | 305 | 149 | 380 | 234 | 470 | 398 | 235 | 548 | 48 | 13 |
| | | Criminal Felony | 45 | 594 | 28 | 61 | 50 | 404 | 34 | 176 | 165 | 31 | 81 | 106 | 45 | 30 | 17 |
| | | Supervised Release Hearings | 1 | 107 | 57 | 62 | 30 | 116 | 26 | 74 | 59 | 36 | 51 | 91 | 36 | 16 | 8 |
| | Pending Cases | | 264 | 757 | 1,168 | 1,392 | 553 | 443 | 203 | 663 | 438 | 658 | 540 | 341 | 524 | 233 | 97 |
| | Weighted Filings [1] | | 230 | 739 | 725 | 907 | 781 | 600 | 206 | 623 | 480 | 497 | 488 | 344 | 584 | - | - |
| | Terminations | | 199 | 721 | 613 | 1,012 | 678 | 592 | 209 | 560 | 441 | 496 | 506 | 390 | 558 | 219 | 51 |
| | Trials Completed | | 6 | 9 | 10 | 16 | 10 | 7 | 7 | 14 | 57 | 13 | 11 | 17 | 14 | 10 | 5 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 15.6 | 4.4 | 17.6 | 27.9 | 14.9 | 4.9 | 19.6 | 10.9 | 9.9 | 16.0 | 15.2 | 13.8 | 12.9 | 13.7 | 13.1 |
| | | Civil [1] | 6.5 | 5.8 | 7.5 | 8.4 | 3.8 | 5.3 | 5.4 | 9.9 | 9.4 | 7.9 | 9.4 | 6.6 | 6.0 | 77.2 | 16.8 |
| | From Filing to Trial [1] (Civil Only) | | - | 45.4 | 38.9 | 64.6 | 25.5 | 38.0 | - | - | - | 52.2 | 34.6 | - | 27.0 | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [1] | | 77 | 196 | 2,721 | 1,046 | 900 | 219 | 44 | 108 | 76 | 545 | 229 | 63 | 154 | 120 | 22 |
| | | | 16.6 | 3.2 | 17.8 | 15.7 | 7.4 | 7.3 | 8.9 | 12.5 | 11.0 | 14.2 | 9.1 | 7.7 | 5.1 | 71.0 | 56.4 |
| | Average Number of Felony Defendants Filed per Case | | 1.4 | 1.0 | 1.4 | 1.4 | 1.4 | 1.1 | 1.0 | 1.1 | 1.3 | 1.2 | 1.2 | 1.2 | 1.5 | 1.7 | 1.1 |
| | Jurors | Avg. Present for Jury Selection | 49.5 | 46.8 | 54.9 | 57.0 | 73.2 | 63.2 | 70.1 | 35.4 | 41.7 | 55.9 | 32.5 | 53.2 | 39.7 | 154.3 | 0 |
| | | Percent Not Selected or Challenged | 33.8 | 31.3 | 39.2 | 46.3 | 72.7 | 41.8 | 39.5 | 29.8 | 28.0 | 20.3 | 30.8 | 27.2 | 24.0 | 64.6 | 100.0 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See  "Explanation of Selected Terms."

**Comparison of Districts Within the Tenth Circuit — 12-Month Period Ending December 31, 2025**

| | | | CO | KS | NM | OK,N | OK,E | OK,W | UT | WY |
|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings | | 4,772 | 2,111 | 5,458 | 1,454 | 837 | 2,311 | 2,468 | 622 |
| | Terminations | | 4,081 | 1,903 | 5,266 | 1,531 | 739 | 2,096 | 2,419 | 617 |
| | Pending | | 4,551 | 1,830 | 3,006 | 1,095 | 893 | 1,950 | 2,542 | 1,134 |
| | Percent Change in Total Filings Current Year | Over Last Year | 13.8 | 14.4 | 42.0 | 11.4 | 3.3 | 4.8 | 12.3 | 1.1 |
| | | Over 2020 | 9.2 | 4.2 | 32.2 | 15.9 | 15.8 | 24.4 | 11.6 | -1.0 |
| | Number of Judgeships | | 7 | 6 | 7 | 3.5 | 1.5 | 6 | 5 | 3 |
| | Vacant Judgeship Months [1] | | | 19.0 | | 9.0 | | | | |
| **Actions per Judgeship** | **Filings** | Total | 682 | 352 | 780 | 415 | 558 | 385 | 494 | 207 |
| | | Civil | 602 | 251 | 190 | 203 | 316 | 268 | 295 | 103 |
| | | Criminal Felony | 62 | 72 | 478 | 154 | 190 | 81 | 128 | 57 |
| | | Supervised Release Hearings | 18 | 30 | 112 | 58 | 52 | 36 | 71 | 47 |
| | Pending Cases | | 650 | 305 | 429 | 313 | 595 | 325 | 508 | 378 |
| | Weighted Filings [1] | | 719 | 351 | 476 | 420 | 563 | 372 | 463 | 184 |
| | Terminations | | 583 | 317 | 752 | 437 | 493 | 349 | 484 | 206 |
| | Trials Completed | | 14 | 17 | 13 | 18 | 44 | 17 | 7 | 9 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 14.7 | 13.8 | 2.1 | 9.9 | 10.9 | 9.1 | 11.7 | 5.5 |
| | | Civil [1] | 7.5 | 7.1 | 8.2 | 7.0 | 9.6 | 7.1 | 8.4 | 8.2 |
| | From Filing to Trial [1] (Civil Only) | | 39.0 | 22.9 | - | - | - | - | 54.3 | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [1] | | 206 | 50 | 133 | 71 | 36 | 70 | 179 | 224 |
| | | | 5.4 | 4.3 | 9.0 | 10.6 | 6.0 | 5.1 | 10.1 | 45.1 |
| | Average Number of Felony Defendants Filed per Case | | 1.5 | 1.3 | 1.0 | 1.2 | 1.1 | 1.3 | 1.2 | 1.1 |
| | Jurors | Avg. Present for Jury Selection | 41.7 | 39.7 | 64.2 | 49.2 | 45.5 | 54.9 | 58.5 | 47.3 |
| | | Percent Not Selected or Challenged | 30.1 | 30.1 | 30.6 | 26.2 | 28.1 | 43.7 | 36.9 | 37.3 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See  "Explanation of Selected Terms."

**Comparison of Districts Within the Eleventh Circuit — 12-Month Period Ending December 31, 2025**

| | | | AL,N | AL,M | AL,S | FL,N | FL,M | FL,S | GA,N | GA,M | GA,S |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings | | 3,144 | 1,466 | 1,074 | 4,532 | 12,091 | 12,111 | 9,524 | 1,952 | 1,835 |
| | Terminations | | 2,722 | 1,274 | 994 | 3,196 | 11,507 | 11,410 | 8,418 | 1,895 | 1,428 |
| | Pending | | 3,286 | 1,583 | 1,014 | 3,773 | 9,004 | 6,570 | 6,846 | 1,734 | 1,641 |
| | Percent Change in Total Filings Current Year | Over Last Year | 24.7 | 26.2 | 8.9 | 73.6 | 11.3 | 12.6 | 24.6 | 20.1 | 36.0 |
| | | Over 2020 | 15.8 | 16.4 | 0.8 | -98.0 | 17.1 | 10.4 | 34.0 | 0.6 | 11.1 |
| | Number of Judgeships | | 8 | 3 | 3 | 4 | 15 | 18 | 11 | 4 | 3 |
| | Vacant Judgeship Months [1] | | 0.0 | | | | 12.0 | 4.0 | 7.0 | | |
| **Actions per Judgeship** | Filings | Total | 393 | 489 | 358 | 1,133 | 806 | 673 | 866 | 488 | 612 |
| | | Civil | 284 | 357 | 183 | 998 | 662 | 556 | 785 | 418 | 433 |
| | | Criminal Felony | 76 | 123 | 103 | 100 | 114 | 89 | 60 | 60 | 118 |
| | | Supervised Release Hearings | 33 | 9 | 72 | 35 | 30 | 28 | 21 | 10 | 61 |
| | Pending Cases | | 411 | 528 | 338 | 943 | 600 | 365 | 622 | 434 | 547 |
| | Weighted Filings [1] | | 374 | 503 | 323 | 906 | 769 | 699 | 808 | 437 | 545 |
| | Terminations | | 340 | 425 | 331 | 799 | 767 | 634 | 765 | 474 | 476 |
| | Trials Completed | | 20 | 12 | 30 | 25 | 18 | 25 | 23 | 15 | 22 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 9.4 | 8.5 | 7.7 | 6.7 | 9.0 | 7.1 | 8.9 | 13.8 | 10.7 |
| | | Civil [1] | 8.1 | 6.9 | 10.5 | 14.0 | 5.5 | 3.4 | 4.1 | 6.4 | 8.1 |
| | From Filing to Trial [1] (Civil Only) | | 41.3 | - | - | 31.0 | 25.5 | 21.2 | 36.1 | 24.8 | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [1] | | 384 / 15.4 | 152 / 13.8 | 38 / 6.1 | 101 / 3.0 | 480 / 7.1 | 106 / 2.3 | 135 / 2.4 | 105 / 8.3 | 82 / 7.6 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.3 | 1.3 | 1.1 | 1.3 | 1.3 | 1.2 | 1.7 | 1.6 |
| | Jurors | Avg. Present for Jury Selection | 49.8 | 51.2 | 37.3 | 41.0 | 49.1 | 52.8 | 44.2 | 20.8 | 59.3 |
| | | Percent Not Selected or Challenged | 64.1 | 32.5 | 25.2 | 25.2 | 33.4 | 18.0 | 42.1 | 50.1 | 55.4 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See  "Explanation of Selected Terms."